In the Circuit Court of St. Louis Missouri in United States

~~IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION~~

| | |
|---|---|
| DR. PATT MCGUIRE | ) |
| PLAINTIFF | ) |
| | ) Case No. 17SL-CC04568 |
| VS. | ) DIV 8 |
| Jerry Edwards and St. Louis County Missouri | ) |
| DEFENDANTS | ) |

**FILED**
DEC 18 2017
JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

## TAMPERING PETITION

1. I. JURISDICTION & VENUE (B)

1. This is a civil action authorized by 18 U.S.C. §1519 and 1520. Section 1519 expands existing law to cover the alteration, destruction or falsification of records documents or tangible objects, my any person, with intent to impede, obstruct or influence, the investigation or proper administration of any "matter" within the jurisdiction of any department or agency of the United States, or any bankruptcy proceeding, or in relation to or contemplation or any such matter or preceding. This section explicitly reaches activities by an individual "in relation to or contemplation of any matters. New Section 1519 should be read in conjunction with the amendment to 18 U.S.C. 1512 added by Section 1102 of this Act which similarly bars corrupt acts to destroy, alter, mutilate or conceal evidence, in contemplation of an "official proceeding" <u>Yates v. United States, 574 U.S. 2015, No. 137451.</u> Title 18 U.S.C. 1505 – Obstruction of proceedings before departments, agencies and committees states, "Whoever, with intent to avoid, evade,

1



prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, cover up, destroys, mutilates, alters, or by other means falsifies any documentary material, ....... According to 18 U.S.C. 1506 – Theft or alteration of record or process; false bail says, "Whoever feloniously steals, takes away, alters, falsifies, or otherwise avoids any record, writ process, or other proceeding, in any court or the United States, whereby any judgment is reversed, made avoid, or does not take effect; or.......shall be fined under this title or imprisoned not more than five years, or both. According to 42 U.S., Code Section 1983 Ever person who........subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law......" Title 18, U.S.C., Section 242 – deprivation of rights Under Color of Law says it is a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S...."

2. The Circuit Court of St. Louis County Missouri of the United States is an appropriate venue under 28 U.S.C. 1391 (b)(2) because it is where the event giving rise to this claim occurred.

## II.PLAINTIFF (C)

3. Plaintiff, Dr. Patt McGuire, is and was at all times mentioned herein the victim of the tampering crime committed.

2

### III.DEFENDANTS (D)

4. Jerry Edwards (the Manager of Circuit Court).

5. Defendant Jerry Edwards is the Manager of the Circuit Court's Office in St. Louis County Missouri who, at the time oversee the entire record keeping for all cases tracked by Missouri Case Net. The Plaintiff is suing the Defendant in his official capacity and individual capacity. He was one of the first people notified by the Plaintiff and given a hardcopy of the tampering information in Missouri Case Net system. The Defendant went to the Defendant's office and came back to the Plaintiff and informed the Plaintiff that the error was corrected. This took about ten (minutes).

### III.FACTS (E)

6. On November 21, 2017 the Plaintiff pulled up the Plaintiff's case number 17-cv-03123 in Missouri Case Net to note any progress in the Plaintiff's Employment Discrimination case. Because of the Thanksgiving holiday coming up in a few days the Plaintiff had to wait until after the holiday to question individuals about the changes and what the changes meant. On November 27, 2017, the Plaintiff went to the Circuit Court's filing office to file the following documents:

    a. Affidavit in Support

    b. Affidavit Seeking Understanding

    c. Motion For Reconsideration

    d. Motion (For Clarification) St. Louis County Missouri is a Defendant in the Plaintiff's Case

    e. Motion To Reinstate the Original Defendants with the New Defendants

    f. Motion To Reinstate the Original Defendants

    g. Motion Requesting Judge Dean Paul Waldemer to Explain His Granting Release Ended

    h. Motion Rule 16 and Amendment XIV – Requesting the Court to Allow Plaintiff a Chance to Hear Original Defendants Response to Charges

    i. Motion to Have a Chance to See and Review Original Defendants Discovery Evidence-Supporting their Release from the Case

    j. Motion Requesting Defendant St. Louis County Missouri be Named the Plaintiff's Employer and All Original and New Defendants be Named Employees of St. Louis County Missouri

    k. Letter to the Court

11. After filing the above documents, the Plaintiff then went to Judge Dean Paul Waldemer's court to speak with his clerk Jackie Dougherty. Jackie Daugherty granted the Plaintiff permission to ask her questions. Among the questions the Plaintiff asked Jackie Daugherty was if she could explain the updated information in Missouri Case Net dated 11-21-2017. The Plaintiff specifically asked what does "Release/Ended" mean. The Plaintiff asked if that meant that the Defendants were released from the case and if that meant the case was over. Jackie Daugherty stated that she was not familiar with the information and if I would give her a chance to go look at what I was referring to. The Plaintiff told Jackie Daugherty that she would wait until she went to look at that the Plaintiff was talking about. While the Plaintiff sat in Court room 389, Judge Dean Paul Waldemer came into the court room and walked pass the Plaintiff. He never addressed the Plaintiff in any way. The Bailiff was sitting in the courtroom too. After a few

4

minutes or so, Jackie Daugherty came back out into the courtroom and stated to the Plaintiff "the judge said he did not do that." After the judge's clerk made that statement to the Plaintiff, Jackie Daugherty instructed the Plaintiff to go back to the Circuit Clerk's office and ask the manager, "how did that information get into Case Net." The Plaintiff followed Jackie Daugherty's suggested advice. The Plaintiff went directly to the Circuit Clerk's office and spoke with James Box (another manager of the Circuit Clerk's Office) and asked if the Plaintiff could speak with the lead manager. The Plaintiff did not know the name of that person at that time; however James Box gave the Plaintiff the Lead Director's name and number because he was not end at that time.

12. The Plaintiff left and came back the following day November 28, 2017. Jerry Edward (Lead Manager/Director for the Circuit Clerk's Office) was in. He came up to the counter and the Plaintiff explained to him what happened the day before in Judge Dean Paul Waldemer's courtroom in conversation with Jackie Daughtery (Judge Dean Paul Waldemer's clerk) in reference to the changes in Case Net on 11-21-2017. The Plaintiff gave Jerry Edward's screen shots of both pages (Docket Entries and Service Information). Jerry Edwards asked the Plaintiff if he could go check to see what I was talking about and come back and talk with the Plaintiff.

13. After Jerry Edwards went and came back, he then told the Plaintiff that he had corrected the problem and not to worry about it because it had been corrected. It was then the Plaintiff asked Jerry Edwards the following questions:

1. How did this happen?
2. Who did it?

5

14. The Plaintiff asked Jerry Edwards if she could have the name of the person(s) who did it. Jerry Edwards then replied to the Plaintiff, "I would have to check with the legal department on that." The Plaintiff replied, "Ok." Would you please get back with me on my request?

15. Because the Plaintiff had not heard from Jerry Edwards on if he could give the Plaintiff the information the Plaintiff asked, the Plaintiff filed a Subpoena with about 29 questions related to details on the tampered information in Case Net on the Plaintiff mentioned case on November 30, 2017.

16. As of November 30, 2017 the Plaintiff had spoken to the following people about the above tampering concerns of the Plaintiff's case in Case Net: James Box, Jerry Edwards, Jackie Daugherty, and Jackie Daugherty spoke with Judge Dean Paul Waldemer. The following details include what the Plaintiff notice and reported as changes to the Plaintiff's case (See Exhibit A-Docket Entries and Exhibit B-Service Information). Each of these Exhibits reflects exactly what the Plaintiff observed.

17. Exhibit A indicated that St. Louis County Missouri, Defendant – Human Resources Director at 41 S. Central Ave, St. Louis Missouri – Party End Date: 11/21/2017, Party End Reason: Party Released/Ended. It stated that the Defendant was being represented by Cynthia Lou Hoemann, Attorney for Defendant and gave the following address: 41 S. Central Ave., St. Louis, MO 63105. The co-counsel for the Defendant was listed as John Brooks Gourley at 9306 Olive Street, St. Louis, MO 63132.

18. St. Louis County Missouri (Administrator Judge), Defendant-Administrator Judge at 105 S. Central Ave. Clayton, MO 63105- Party End Date: 11/21/2017, Party End Reason:

6

Party Released/Ended. It stated that the Defendant was represented by Daniel Scott Levy, Attorney for Defendant at PO Box, St. Louis, MO 63188.

19. St. Louis County Missouri, Defendant Human Resources Director at 105 S. Central Ave., St. Louis, MO 63105. It stated the Defendant was represented by Cynthia Lou Hoemann at 41 South Central Ave., St. Louis MO 63105 and the co-counsel was John Brooks, Gourley-Attorney for Defendant at 9306 Olive Street, St. Louis, MO 63132. Then the Docket Entries began to list the following information:  Exhibit A11 ( A & B)

Judge Thea A. Defendant – represented by Daniel Scott Levy-Attorney for Defendant at P.O. Box 861, St. Louis, MO 63188

Cliff Faddis, Defendant

Cheryl, Campbell, Defendant

Marshall Day, Defendant

Ben Burkemper, Defendant

Lacy Rakesfraw, Defendant

Exhibit B- Service Information, read:

Issued To: St. Louis County Missouri

Document: Summons Civil Case- To Dft-

Issued: Res

Document ID:17-SMCC-7814

Additional Text CQ

Issuance: Date Issued: 09/18/2017 Due Date: 10/18/2017

Type of Service: Corporation Served

Served To: St. Louis County Missouri

7

>Human Resources Director
>
>105 S. Central
>
>Clayton, MO 63105

Service Agent: SOTTA

Service Text: LC

Return: Service/Attempt 09/20/2017 Date:

20. This tampering charge is being filed separately from the Plaintiff's employment discrimination because of the potential complexity of the charge. The Plaintiff filed this Tampering Petition in the Circuit Court's Office on December 18, 2017.

## V. LEGAL CLAIMS

21. Plaintiffs reallege and incorporate by reference paragraphs 1-20.

22. The tampering violated Plaintiff's (Dr. Patt McGuire) Constitutional and legal rights.

23. The Plaintiff has no plain, adequate or complete remedy at to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory which plaintiff seeks.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this count enter judgment granting Plaintiff:

24. A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

25. Compensatory damages in the amount of thirty-five million (35 Millions) against each defendant, jointly and severally.

8

26. Punitive damages in the amount of $35 Million against each defendant.

27. A jury trial on all issues triable by jury

28. Plaintiff's costs in this suit

29. Any additional relief this court deems just, proper, and equitable.

Date:_____

Respectfully submitted,


Dr. Patt McGuire
10164 Ventura Dr.
St. Louis, MO 63136


VERIFICATION

I have read the foregoing complaint and hereby verity that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe then to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at St. Louis, Missouri on 12/18/2017


Signature,

*[signature]*

Dr. Patt McGuire


Respectfully Submitted,

Dr. PATT MCGUIRE PH.D.
DEPUTY DETENTION JUVENILE
OFFICER

/s/ Patt McGuire

9

## Certificate of Service

I certify that the foregoing is true and accurate copy of the foregoing Motion for Summary Judgment was served via United States postal mail, postage prepaid, this 18th day of December of 2017, and via the Court registry, upon the following.

/s/ Patt McGuire
10164 Ventura Dr.
St. Louis, MO 63136
Patt.mcguire@yahoo.com
Deputy Detention Juvenile Officer
Plaintiff







A

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print |                                           Logon

### 17SL-CC03123 - PATT MCGUIRE V ST LOUIS COUNTY MISSOURI ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

*This information is provided as a service and is not considered an official court record.*

**MCGUIRE , PATT , Plaintiff Acting Pro Se**
10164 VENTURA DR
ST LOUIS, MO 63136

**ST LOUIS COUNTY MISSOURI , Defendant**    represented by    **HOEMANN , CYNTHIA LOU , Attorney for Defendant**
HUMAN RESOURCES DIRECTOR
41 S CENTRAL AVE
ST LOUIS, MO 63105

41 SOUTH CENTRAL AVE
ST. LOUIS, MO 63105
Business: (314) 615-7042

Party End Date: 11/21/2017
Party End Reason: Party Released/Ended

co-counsel    **GOURLEY , JOHN BROOKS , Attorney for Defendant**
9306 OLIVE STREET
ST. LOUIS, MO 63132
Business: (314) 997-4321

**ST LOUIS COUNTY MISSOURI (ADMINISTRATOR JUDGE) , Defendant**    represented by    **LEVY , DANIEL SCOTT , Attorney for Defendant**

ADMINISTRATOR JUDGE
105 S CENTRAL AVE
CLAYTON, MO 63105

PO BOX 861
ST LOUIS, MO 63188
Business: (314) 340-7953

Party End Date: 11/21/2017
Party End Reason: Party Released/Ended

**ST LOUIS COUNTY MISSOURI , Defendant**    represented by    **HOEMANN , CYNTHIA LOU , Attorney for Defendant**

HUMAN RESOURCES DIRECTOR
105 S CENTRAL
SAINT LOUIS, MO 63105

41 SOUTH CENTRAL AVE
ST. LOUIS, MO 63105
Business: (314) 615-7042

co-counsel    **GOURLEY , JOHN BROOKS , Attorney for Defendant**
9306 OLIVE STREET
ST. LOUIS, MO 63132
Business: (314) 997-4321

**SHERRY , JUDGE THEA A ,**
Defendant

represented by

**LEVY , DANIEL SCOTT , Attorney for Defendant**

PO BOX 861
ST LOUIS, MO 63188
Business: (314) 340-7953

**FADDIS , CLIFF , Defendant**

**CAMPBELL , CHERYL ,**
Defendant

**DAY , MARSHALL , Defendant**

**BURKEMPER , BEN , Defendant**

**RAKESFRAW , LACY ,**
Defendant

Tampered B

  

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print |  Logon |

## 17SL-CC03123 - PATT MCGUIRE V ST LOUIS COUNTY MISSOURI ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying 1 thru 1 of 1 service records returned for case 17SL-CC03123.

### Issuance

**Issued To:** ST LOUIS COUNTY MISSOURI

**Date Issued:** 09/18/2017

**Document Issued:** Summons Civil Case-To Dft-Res

**Due Date:** 10/18/2017

**Document ID:** 17-SMCC-7814

**Additional Text:** CG

### Return

**Type Of Service:** Corporation Served

**Service/Attempt Date:** 09/20/2017

**Served To:** ST LOUIS COUNTY MISSOURI
HUMAN RESOURCES DIRECTOR
105 S CENTRAL
CLAYTON, MO 63105

**Service Agent:** ZOTTA

**Service Text:** LC

Displaying 1 thru 1 of 1 service records returned for case 17SL-CC03123.